U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 2 2015

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:15-cr-00171-01 |
| | * JUDGE HAIK |
| | * MAGISTRATE JUDGE HANNA |
| | * 18 U.S.C. § 1030(a)(2)(C) |
| | * 18 U.S.C. § 1030(a)(4) |
| VERSUS | * 18 U.S.C. § 1029(a)(3) |
| | * 18 U.S.C. § 1028A(a)(1) |
| | * |
| RORY STEPHEN GUIDRY | * |

### INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1

### OBTAINING INFORMATION BY COMPUTER FROM PROTECTED COMPUTER

18 U.S.C. § 1030(a)(2)(C)
18 U.S.C. § 2

Beginning on or about the 3rd day of March, 2015, and continuing until on or about the 14th day of July, 2015, in the Western District of Louisiana and elsewhere, the defendant, RORY STEPHEN GUIDRY, intentionally accessed a computer without authorization, and thereby obtained information from a protected computer for private financial gain, all in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 2. [18 U.S.C. §§ 1030(a)(2)(C) and 2].

## COUNT 2

## ACCESSING PROTECTED COMPUTER
## IN FURTHERANCE OF FRAUD

## 18 U.S.C. § 1030(a)(4)
## 18 U.S.C. § 2

Beginning on or about the 3rd day of March, 2015, and continuing until on or about the 14th day of July, 2015, in the Western District of Louisiana elsewhere, the defendant, RORY STEPHEN GUIDRY, knowingly and with intent to defraud, accessed a protected computer, without authorization, and by means of such conduct furthered the intended fraud and obtained something of value, all in violation of Title 18, United States Code, Sections 1030(a)(4) and 2. [18 U.S.C. §§ 1030(a)(4) and 2].

## COUNT 3

## POSSESSION OF FIFTEEN OR MORE
## UNAUTHORIZED ACCESS DEVICES

## 18 U.S.C. § 1029(a)(3)

On or about the 14th day of July, 2015, in the Western District of Louisiana elsewhere, the defendant, RORY STEPHEN GUIDRY, knowingly and with intent to defraud, possessed credit card account numbers and related information, said possession affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 1029(a)(3). [18 U.S.C. §§ 1029(a)(3)].

## COUNT 4

### AGGRAVATED IDENTITY THEFT

### 18 U.S.C. § 1028A(a)(1)

On or about the 14th day of July, 2015, in the Western District of Louisiana elsewhere, the defendant, RORY STEPHEN GUIDRY, did knowingly possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, the offenses alleged in Counts 1 through 3 and incorporated by reference herein, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).   [18 U.S.C. § 1028A(a)(1)].

A TRUE BILL:

_____
FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

_____
MYERS P. NAMIE (Bar No. 29359)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618