SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Court convened at 2:00 p.m. on August 12, 2015, and adjourned at 2:05 p.m.

PRESENT:   C. Michael Hill , Magistrate Judge, Presiding
Christina Chicola, Minute Clerk
Recorded: Liberty Court Recorder CRM6
Time in Court: 5 minutes

## GRAND JURY REPORT

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
| --- | --- | --- |
| 6:15-cr-00171-01* | X | |
| 6:15-cr-00172-01 | | X |
| 2:15-cr-00173-01* | X | |
| 6:15-cr-00174-01* | X | |
| 6:15-cr-00175-01*** | X | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
| --- | --- | --- |
| 6:15-cr-00176-01 | X | |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superceding Indictment
 ***   State Custody