**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

UNITED STATES OF AMERICA              CRIMINAL NO. 6:15-MJ-00047

VS.

RORY STEPHEN GUIDRY                   MAGISTRATE JUDGE HANNA

---

**MINUTES OF COURT**
*Detention Hearing*

---

Date: August 12, 2015                         Presiding: Magistrate Judge Patrick J Hanna
Court Opened: 2:00 p.m.                       Courtroom Deputy: Evelyn Alexander
Court Adjourned: 4:35 p.m.                    Court Reporter: Cathleen Marquardt
Statistical Time: 2:00

**APPEARANCES**

1. Myers P Namie, AUSA                  for    United States
2. John Kevin Stockstill, Retained      for    Rory Stephen Guidry
3. Rory Stephen Guidry, Defendant

**FILINGS:**

**X** Witness List
**X** Exhibit List
___ Detention Order Pending Trial

---

**COMMENTS:**

Defendant appeared this date for resumption of a detention hearing on the Complaint with retained counsel, John Kevin Stockstill.

The government's Oral Motion to Seal the Proceedings and Oral Motion to Sequester Witnesses are GRANTED.

Dr. Sasha J Lambert accepted by the Court as an expert in the field of psychology.

IT IS ORDERED that the defendant is detained, pending verification that all special conditions of release, as stated on the record, are in compliance with this Court's order.