**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE  DIVISION**

**UNITED STATES OF AMERICA**                    **CASE NO. 6:15-MJ-00047**

**VERUS**

**RORY STEPHEN GUIDRY**                          **MAGISTRATE JUDGE HANNA**

**EXHIBITS**
**Detention Hearing held on August 12, 2015**

PARTY:__Defendant_____

| EXHIBIT NUMBER | DESCRIPTION & REMARK | IDENTIFIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | SEALED Expert Report of Dr. Sasha J Lambert | 8/12/2015 | 8/12/2015 | 8/12/2015 | S Lambert |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |