UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: NO. 6:15-cr-00171-01 |
| VERSUS | * | JUDGE HAIK |
| RORY GUIDRY | * | MAGISTRATE JUDGE HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S REQUEST FOR DISCOVERY**

RORY GUIDRY, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (1)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I).

| | |
|---|---|
| August 20, 2015 | /s/ J. Kevin Stockstill |
| DATE | J. KEVIN STOCKSTILL |
| | Attorney for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this date been forwarded to Meyers Namie by electronic delivery.

Lafayette, Louisiana this 20th day of August, 2015.

/s/J. Kevin Stockstill
J. KEVIN STOCKSTILL