UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * CRIMINAL NO. 15-CR-00171-01 |
|---|---|
| | * |
| VERSUS | * JUDGE HAIK |
| | * |
| RORY STEPHEN GUIDRY | * MAGISTRATE JUDGE HANNA |

<u>UNITED STATES' REQUEST FOR DISCOVERY</u>

The United States of America hereby requests that the defendant disclose all matters listed in Paragraph (I)(a)(2) of the Criminal Pretrial Discovery Order, including sub-paragraphs (A) and (B).

    Respectfully submitted,

    STEPHANIE A. FINLEY
    United States Attorney

By:    */s/ Myers P. Namie*
    _____
    MYERS P. NAMIE (Bar No. 29359)
    Assistant United States Attorney
    800 Lafayette Street, Suite 2200
    Lafayette, LA 70501-6832
    Telephone: (337) 262-6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 15-CR-00171-01 |
| | * |
| VERSUS | * JUDGE HAIK |
| | * |
| RORY STEPHEN GUIDRY | * MAGISTRATE JUDGE HANNA |

C E R T I F I C A T E

    I hereby certify that on August 24, 2015, a copy of the Government's Request for Discovery was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. J. Kevin Stockstill by operation of the court's electronic filing system.

                              STEPHANIE A. FINLEY
                              United States Attorney

                              */s/ Myers P. Namie*
By:     _____
                              MYERS P. NAMIE (Bar No. 29359)
                              Assistant United States Attorney
                              800 Lafayette Street, Suite 2200
                              Lafayette, LA 70501-6832
                              Telephone: (337) 262-6618