UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:15-cr-00171 |
| VERSUS | JUDGE HAIK |
| RORY STEPHEN GUIDRY | MAGISTRATE JUDGE HANNA |

### ORDER

The Court having been advised that Dr. Sasha Lambert has conducted another interview of the defendant and formulated supplemental opinions regarding whether there has been a change of circumstances based on information "that was not known. . . at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community," 18 U.S.C. § 3142(f)(2)(B), and her opinions having been provided to the government,

IT IS ORDERED that the continuation of the defendant's detention hearing is SET for 1:30 p.m. on Thursday, September 24, 2015 in Courtroom 7, United States Courthouse, Lafayette, Louisiana.

Signed at Lafayette, Louisiana, on September 18, 2015.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

COPY SENT:

DATE: \_\_\_9/21/2015\_\_\_\_\_
BY: \_\_\_\_\_EFA_____
TO: \_\_\_\_\_USPO_____
       USMS
       cb