UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

UNITED STATES OF AMERICA          *   CRIMINAL NO.: NO. 6:15-cr-00171-01

VERSUS                             *   JUDGE HAIK

RORY GUIDRY                        *   MAGISTRATE JUDGE HANNA
*****************************************************************************

## DEFENDANT'S WAIVER OF SPEEDY TRIAL/AFFIDAVIT

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, personally came and appeared defendant,

RORY GUIDRY, who being duly sworn, deposed:

1.

The matter is fixed for Trial on October 19, 2015 at 9:30 a.m. in Lafayette, Louisiana.

2.

Undersigned counsel has explained to the defendant his right to a speedy trial as

guaranteed by the Constitution of the United States and the time limitations provided for in the

Speedy Trial Act (18 U.S.C. 3161 et.seq.)  Defendant expressly waives his right to a speedy trial

guaranteed him by the Constitution of the United States, and the Speedy Trial Act, as evidenced

by his signature.

3.

Defendant submits that the factors enumerated in 18 U.S.C. 3161(h)(8)(i) are present

herein, and that his waiver of speedy trial will serve the ends of justice and the best interest of the

public and the defendant in a speedy trial.

RORY GUIDRY

WITNESS:

John A. Wyble
Printed Name

Vicky S. Meeks
Printed Name

Sworn to and subscribed before me this 29th day of September, 2015.

NOTARY PUBLIC

J. Kevin Stocksfill
NOTARY PRINTED NAME

23951
NOTARY ID