U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 7 2015

TONY R. MOORE, CLERK
                 DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: NO. 6:15-cr-00171-01** |
| **VERSUS** | * | **JUDGE HAIK** |
| **RORY GUIDRY** | * | **MAGISTRATE JUDGE HANNA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING the foregoing unopposed Motion to Continue Trial and Deadlines and to Certify Case as Complex Filed by Defendant Rory Guidry,

THE COURT FINDS that: based on the representations by counsel, discovery in this matter is substantial, and will require significant time and resources for production and review by the parties; this case is unusual and complex, due to the nature of the investigation and prosecution, and it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established; and the ends of justice served by granting the requested relief outweighs the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that pursuant to 18 U.S.C.. § 3161(h)(8) and this Court's finding that the interests of justice served by certifying this case as "complex" and providing additional time for adequate discovery, trial preparation, and pre-trial litigation outweigh the best interests of the public and the defendant in a speedy trial. As such, any period of delay in the trial of this matter shall be deemed excluded from the calculation under the Speedy Trial Act.

IT IS FURTHER ORDERED that the trial in the above captioned matter currently scheduled for October 19, 2015 is hereby continued until the _____ day of _____, 20__ at _____ a.m., and that all deadlines contained in the Criminal Scheduling Order dated

August 12, 2015, including the pretrial conference currently set on October 7, 2015, be rescheduled, the Court specifically finding that such a continuance will serve the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, as set forth under 18 U.S.C. §3161 (h)(8)(B), and further specifically finding that the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for the effective preparation, taking into account the exercise of due diligence.

Lafayette, Louisiana this ____6th____ day of ___October___, 2015.

_____
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 10/7/2015
BY: CXC
TO: USM, USPO, cb, pj