UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 15-CR-00171-01 |
| | * |
| VERSUS | * JUDGE HAIK |
| | * |
| RORY STEPHEN GUIDRY | * MAGISTRATE JUDGE HANNA |

<u>JOINT STATUS REPORT</u>

A status conference was held this date at the direction of the court. The following appearances were made:

| **NAME** (PLEASE PRINT) | **PARTY REPRESENTED** |
|---|---|
| Myers P. Namie | United States of America |
| Daniel J. McCoy | United States of America |
| J. Kevin Stockstill | Rory Stephen Guidry |

Trial is set for February 16, 2016. Pretrial conference scheduled for February 4, 2016, at 11:30 a.m.

**THE FOLLOWING QUESTIONS WERE ADDRESSED:**

(1) Will a hearing outside the presence of the jury be required on Rule 404(b) evidence either as to its relevance or as to its probative vs. prejudicial

value? See, United States v. Beechum, 582 F.2d 898 (5th Cir. 1978) (*en banc*), *cert. denied,* 440 U.S. 920 and Huddleston v. United States, 485 U.S. 681 (1988). **Government - No; Defense – No..**

(2) Is there any issue involving voluntariness of statements under 18 U.S.C. § 3501? **Government - No; Defense - No.**

(3) Are there any admissibility questions requiring evidentiary presentation?: **Government - No; Defense - No.**

(4) Time required by each side to present its case in chief: **Government - 3 Days; Defense: 1 day.**

(5) The parties agreed to waive challenges to the foundation of the following documents: **N/A.**

(6) Order of presentation by multiple defendants: **N/A.**

(7) Pending discovery problems: **None.**

(8) Jencks Act material will be provided to defendant(s); **At least by Friday before trial**.

(9) Other: **Plea negotiations are ongoing and counsel for the defendant advised that a guilty plea is imminent.**

APPROVED AS TO FORM AND SUBSTANCE this 28th day of January 2016.


STEPHANIE A. FINLEY
United States Attorney

*/s/ Daniel J. McCoy*                      */s/ J. Kevin Stockstill*
_____     _____
DANIEL J. McCOY                        J. KEVIN STOCKSTILL,
Louisiana Bar ID # 29334              Louisiana Bar ID # 23951
Assistant United States Attorney     Attorney at Law
800 Lafayette Street, Suite 2200     Post Office Box 3227
Lafayette, Louisiana 70501-6832     Lafayette, Louisiana 70502
Telephone: (337) 262-6618            Telephone: (337) 262-0203


**NOTE: Original to be filed with Clerk.  Copy to be delivered to Magistrate Judge Hanna's Chambers, Suite 3500, 800 Lafayette Street, Lafayette, Louisiana.**