UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 15-CR-00171-01 |
| | * |
| VERSUS | * CHIEF JUDGE DRELL |
| | * |
| RORY STEPHEN GUIDRY | * MAGISTRATE JUDGE HANNA |

FINAL JUDGMENT OF FORFEITURE

WHEREAS, a Preliminary Order of Forfeiture was entered as to RORY STEPHEN GUIDRY on February 23, 2016, (Rec. Doc. 68) pursuant to the provisions of 18 U.S.C. § 1030(i), 18 U.S.C. § 982(b), 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, based upon the conviction of the defendant;

AND WHEREAS, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property or opposition to the order;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed concerning this Court's Preliminary Order of Forfeiture dated February 23, 2016;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the defendant shall forfeit the following assets to the United States:

    (a) One (1) Windows Surface Tablet 128 GB, Model: 1601, FCC ID: C3Rl601, IC: 3048A-1601, 00695013353 with broken power cable;

    (b) One (1) HP Pavilion Laptop (black 1n color), Model: dv7T-6c00, SN: 2CE2110ZZN with power cable;

    (c) One (1) MacBook Pro Laptop (silver in color), SN: C02HGYUMDV13, Model: A1278, with power cable;

    (d) One (1) HP Pavilion Laptop (black in color), Model: 17-e67c1, SN: 6CC3501TVQ no power cable;

    (e) One (1) ASUS Computer Tower (black and green 1n color), no serial number or model number. (Built by owner);

    (f) One (1) Acer Aspire laptop computer (black in color), Model: MS2377, SN: NXM8WAA007312214 OOF2000;

    (g) One (1) Western Dig1tal Hard Drive 750GB, SN: WXM1£83VWCZ1;

    (h) One (1) Lenovo Laptop computer (black in color) Model: G505s, SN: CB29178324;

    (i) One (1) Samsung lTB Hard Drive, SN: S2SMJ9AF113832; and

    (j) One (1) SanDisk Ultra USB thumb drive 3.0 16GB (black in color), BL150324800 B.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order; and, that the United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property up to the value of the asset listed above;

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to all counsel of record and the U.S. Marshal.

SO ORDERED this _____ day of May, 2016, at Alexandria, Louisiana.

_____
DEE D. DRELL
Chief United States District Judge