CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 JUL 12  AM 7:53

DEPUTY CLERK

## Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | 6:15-CR-00171-1 |
| Case Number (Rec. Court) | 3-19CR-332-S |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **Rory Stephen Guidry** | Western District of Louisiana | Lafayette |

| | |
|---|---|
| Name of Sentencing Judge | U.S. District Judge Dee D. Drell |

| Dates Of Probation/Supervised Release | From March 2, 2017 | To March 1, 2020 |
|---|---|---|

**Offense**

18 U.S.C. § 1030(a)(f), Fraud Activity Connected with Computers

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court for the **Western District of Louisiana**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Dallas Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 5/23/19 | |
|---|---|
| Date | U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court for the **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| July 11, 2019 | |
|---|---|
| Effective Date | U.S. District Judge |